## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: )<br>    Trudah A. Harding )<br>)<br>    Debtor. )<br>)<br>_____)<br>)<br>)<br>Trudah A. Harding )<br>13604 Canal Vista Ct. )<br>Potomac, Maryland 20854 )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Hard Money Bankers, LLC )<br>10015 Old Columbia Rd. )<br>Suite H-125 )<br>Columbia, Maryland 21046. )<br>    Defendant. )<br>_____ ) | Case No.:   19-15399 TJC<br>Chapter 13<br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. #19-00350 |

## **PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 7012-1(b)**

    **COMES NOW** the debtor Trudah A. Harding, by and through undersigned counsel, files this Statement Pursuant to Local Rule 7012-1(b). Plaintiff states as follows:

    The Plaintiff Trudah Harding, by and through undersigned counsel, hereby states that she does consent to the entry of final orders and judgments by the Bankruptcy Judge.


June 18, 2020                                                       ***/s/ William C. Johnson, Jr.***
                                                                               The Johnson Group, LLC
                                                                               William C. Johnson, Jr., Esq.

Fed. Bar No. 15651<br>
6305 Ivy Lane<br>
Suite 630<br>
Greenbelt, Maryland<br>
(202) 525-2958

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2020 a copy of the foregoing was sent via ECF and first class mail, postage pre-paid, to the following:

**SHULMAN, ROGERS, GANDAL,**
**PORDY & ECKER, P.A.**
Benjamin P. Smith, Esq.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854

June 18, 2020                                                    */s/ William C. Johnson, Jr.*
                                                                             The Johnson Group, LLC
                                                                             William C. Johnson, Jr., Esq.