In The United States Bankruptcy Court For The District Maryland
At Greenbelt

To: The Honorable Judge Catliota

From: Trudah Harding

Adversary Case No: ~~29-00350~~ 19-00350
19-15399

Dear Judge Catliota:
I apologize for contacting you without my attorneys permission.
I am humbling writing to ask you not to sign off on the consent order until I have a loan in place. I am having difficulty finding a loan in that amount. I have applied for a loan I am waiting to hear back from the lender.

I have attached the following documents for you to review.
Payments from Equity Lending
1. 7 Checks
2. Copies of property taxes

Payments from HMB,LLC
1. Construction and Security Agreement
2. 1 Check
3. E-mails and payoff statements
   from HMB to Mr. White

All proceeds from the above loans were not used for commercial use they were used for personal use. According to the lender Mr. White there were no late payments reported or found on my credit report from HMB, LLC.

I greatly appreciate you taking the time to look at these documents.

Respectfully Submitted,

*Trudah Harding*
Trudah Harding
November 4, 2021